10802387 / 58416-177

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

2019 SEP 13 PM 4:4L

DEPUTY CLERK

US MARSHALS SERVICE NTX
FORT WORTH, TEXAS

2019 FEB -5 AM 9:35

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

No. 4:19-MJ- 108

MICHAEL QUEEN (01)

## WARRANT FOR ARREST

**TO:** The United States Marshal and
Any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **MICHAEL QUEEN**, and bring him forthwith to the nearest available magistrate to answer a Complaint charging him with **Possession of Stolen Mail**, in violation of **18 U.S.C. § 1708**.

JEFFREY L. CURETON
United States Magistrate Judge

Issued at Fort Worth, Texas on this the ___4th___ day of February 2019.

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9-11-19 | | |
| DATE OF ARREST: 9-11-19 | | |